UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

--------------------------------------------------------x

JAMES BLEDSOE,                                     :
an individual,                                           :          CASE NO.: 5:26-cv-0093-JE-MLH
                                                             :
                Plaintiff,                               :          Judge: Hon. Jerry Edwards, Jr.
vs.                                                          :
                                                             :          Magistrate: Hon. Mark L. Hornsby
SAKITPAVIK, LLC,                                :
                                                             :
                Defendant.                           :
--------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal

With Prejudice and hereby dismisses the above-captioned case, with prejudice, against the

Defendant.  The opposing party has not filed an answer or a motion for summary judgment. Dated

this the 7th day of April, 2026.

Respectfully Submitted,

/s/ Andrew D. Bizer
THE BIZER LAW FIRM, L.L.C.
Attorney for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or about April 7th, 2026, the foregoing pleading has been or will be sent to all parties via email and/or via CM/ECF notice.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**